## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| LAURA BUTTS | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO.: 1:05-cv-1475 |
| | ) | |
| | ) | |
| TYCO INTERNATIONAL (U.S.) INC.; | ) | |
| UNITED STATES SURGICAL CORPORATION, | ) | |
| INC.; JOHN DOES 1-3 | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

### PLAINTIFF LAURA BUTTS NOTICE OF
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND AGREEMENT OF ALL
### NAMED PARTIES TO TOLL ANY APPLICABLE STATUTE OF LIMITATION UNTIL
### JUNE 9, 2006

**COMES NOW**, Plaintiff Laura Butts, and files this notice of voluntary dismissal

pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), voluntarily dismissing her

action without prejudice against all Defendants, Tyco Healthcare Group LP, United States

Surgical, A Division of Tyco Healthcare Group LP, Tyco International (US), Inc., and United

States Surgical Corporation, Inc.  The parties agree that the applicable statutes of limitation for

claims against the Defendants, Tyco Healthcare Group LP and United States Surgical, A

Division Of Tyco Healthcare Group LP, based on the allegations in the Plaintiff's original

Summons and Complaint, shall be tolled until June 9, 2006.  This tolling agreement and

dismissal is consistent with the previous stipulation signed by this court on the 14th day of June

2005.  Each side is to bear its own costs.

1839578v1

CROWTHER LAW FIRM, LLC


By: _____/s/_____
     Derric Crowther
     Georgia State Bar No. 677646
     Attorney for Plaintiff
     945 East Paces Ferry Road
     Suite 1755
     Atlanta, Georgia  30326
     (404) 923-7470 Telephone
     (404) 923-7475 Facsimile


FAIN, MAJOR & BRENNAN, P.C.


By: _____/s/_____
     Marc H. Bardack
     Georgia Bar No. 037126
     Attorney for Defendants
     Fain, Major  & Brennan, P.C.
     100 Glenridge Point Parkway
     Suite 500
     Atlanta, Georgia  30342-1440
     (404) 420-1544

1839578v1